

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-482-13

**ALEX TERRELDEVON JACKSON, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FOURTEENTH COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Appellant was initially placed on deferred adjudication probation. When his guilt was adjudicated, he was convicted of aggravated assault and sentenced to 7 years in prison. On appeal, he argued that the evidence was insufficient to support the $279 in court costs assessed against him in the judgment. The Court of Appeals agreed, relying on its own

opinion in *Johnson v. State*, 389 S.W.3d 513 (Tex. App. – Houston [14th Dist.] 2012).

*Jackson v. State*, No. 14-12-00758-CR, 2013 Tex. App. LEXIS 3196 (Tex. App. – Houston [14th Dist.] March 26, 2013) (not designated for publication).

The State has filed a petition for discretionary review of this decision. We recently handed down our opinion in *Johnson v. State*, No. PD-0193-13, 2014 Tex. Crim. App. LEXIS 240 (Tex. Crim. App. February 26, 2014), in which we set forth a roadmap for resolving questions regarding court costs. *See also Cardenas v. State*, No. PD-0733-13, 2014 Tex. Crim. App. LEXIS 236 (Tex. Crim. App. February 26, 2014); *Perez v. State*, No. PD-0498-13, 2014 Tex. Crim. App. LEXIS 269 (Tex. Crim. App. March 12, 2014).

The Court of Appeals in the instant case did not have the benefit of our opinions in *Johnson* and *Perez*. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of our opinions in *Johnson* and *Perez*. No motion for rehearing will be entertained.

DATE DELIVERED: April 16, 2014

DO NOT PUBLISH